**Order filed December 29, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00168-CR

———————

**ANDRE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1601749**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2) that it must inspect the original of **State's Exhibit numbers 4 and 5**.

We directed the clerk of the 180th District Court to deliver to the Clerk of this court the original of State's Exhibit numbers 4 and 5 on or before December 21, 2020. The clerk of the 180th District Court has not delivered the requested exhibits as directed.

The clerk of the 180th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit numbers 4 and 5 on or before **January 4,**

**2021**.  The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit numbers 4 and 5, to the clerk of the 180th District Court.


PER CURIAM


Panel Consists of Justices Bourliot, Hassan and Poissant.